BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CV-1183 |
|---|---|
| Plaintiff, | DESIGNATION OF COUNSEL |
| v. | |
| STEVEN BUTTS, | |
| Defendants. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Brian W. Enos, Assistant U.S. Attorney, hereby appears as counsel of record and requests a change in designation of counsel for service.

Pursuant to Local Rule 83-182, and the Criminal Justice Act Plan for this district, Park VI, paragraph B, I confirm my appearance as counsel of record on this case for the United States of America and designate new counsel for services as follows:

> BRIAN W. ENOS
> Assistant U.S. Attorney
> 4401 Federal Building
> 2500 Tulare Street
> Fresno, CA 93721
> Telephone: 559/497-4000
> brian.enos@usdoj.gov

DESIGNATION OF COUNSEL        1

1    I hereby declare that I am admitted to practice law in this district.

Dated:  December 11, 2014                    BENJAMIN B. WAGNER
                                             United States Attorney

                                        By:  /s/ BRIAN W. ENOS
                                             BRIAN W. ENOS
                                             Assistant United States Attorney